UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lawrence Dennell Jackson, | C/A No. 3:10-3022-JFA-RSC |
| Plaintiff, | |
| vs. | |
| | ORDER |
| Mary S. Williams, Esq.; Richard C. Jones, Esq., | |
| Defendants. | |

The *pro se* plaintiff, Lawrence Dennell Jackson, brings this action pursuant to 42 U.S.C. § 1983 alleging constitutional violations by his former state conviction relief attorneys. He seeks monetary damages and declaratory relief.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he suggests that this action should be dismissed for failure to state a claim upon which relief may be granted. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The docket reflects that the Report was filed on December 9, 2010, mailed to the plaintiff, and returned to the Clerk on December 16, 2010 marked "undeliverable." The

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

Clerk's Office remailed the Report to another address on December 20, 2011. As of the date of this order, no objections to the Report have been filed by the plaintiff. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
January 25, 2011                                          United States District Judge
Columbia, South Carolina

2